```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
BETWEEN THE LINES PRODUCTIONS,           :
L.L.C.,                                  :    13 Civ. 8899 (JSR)
                                         :
        Plaintiff,                       :    ORDER
                                         :
           -v-                           :
                                         :
LIONS GATE ENTERTAINMENT CORP.;          :
SUMMIT ENTERTAINMENT, L.L.C.,            :
                                         :
        Defendants.                      :
-----------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench at the conference on January 6, 2014, see Transcript, the Court hereby transfers the above-captioned case, again, to the Central District of California, see Order, 13 Civ. 3584, July 30, 2013. The Clerk of the Court is directed to effect the transfer forthwith. Meanwhile, all proceedings in this case are stayed until the case arrives back in the Central District of California.

SO ORDERED.

Dated:   New York, NY
         January 6, 2014                    _____
                                            JED S. RAKOFF, U.S.D.J.

1