# MANDATE

S.D.N.Y.–N.Y.C.
13-cv-3584
13-cv-8899
Rakoff, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand fourteen.

Present:
    Amalya L. Kearse,
    Chester J. Straub,
    Susan L. Carney,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2014

*In re* Between the Lines Productions, L.L.C.,         14-920

    *Petitioner.*

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See In re von Bulow*, 828 F.2d 94, 96 (2d Cir. 1987).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-MJM

MANDATE ISSUED ON 06/12/2014